**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02172-REB-BNB

TERRY HANKINS,

    Plaintiff,

v.

DIRK KEMPTHORNE, Acting as Secretary of Interior, United States,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of the United States Magistrate Judge** [#10], filed January 18, 2007.  The Magistrate Judge recommends that the plaintiff's **Motion for Stay** [#5], filed January 8, 2007, be read as a motion for a temporary restraining order and that the motion be denied.  I approve and adopt the recommendation.

    Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The plaintiff has not filed any objections to the recommendation.  Therefore, I review the recommendation only for plain error.  **See Morales-Fernandez v. Immigration &**

***Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  The recommendation is detailed and well-reasoned.  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of the United States Magistrate Judge** [#10], filed January 18, 2007, is **APPROVED AND ADOPTED** as an order of this court;and

2.  That the plaintiff's **Motion for Stay** [#5], filed January 8, 2007, which I read as a motion for a temporary restraining order, is **DENIED**.

Dated February 23, 2007, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn**
                                  **United States District Judge**

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.