# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-02172-REB-BNB

TERRY HANKINS,

    Plaintiff,

v.

DIRK KEMPTHORNE, acting as Secretary of Interior, United States,

    Defendant.

# ORDER ADOPTING RECOMMENDATION OF THE
# UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#13], filed March 26, 2007. No objections to the recommendation have been filed. Therefore, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#13] filed March 26, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2. That this case is **DISMISSED**.

Dated December 2, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge